### COLLIER v. MEANS et al.

113 681
Case 1
f114 807
114 809

SIMMONS, C. J.　A city court, established in a "city" which is not the county-site of the county wherein the same is located and whose jurisdiction extends only over the city and one militia district of that county, is not a court "like" either the city court of Atlanta or the city court of Savannah as they existed at the time of the ratification of the present constitution of this State ; and, consequently, a writ of error does not lie from a court so established to the Supreme Court.　　*Writ of error dismissed.　All the Justices concurring.*

Argued April 8, — Decided May 23, 1901.

Motion for rehearing denied July 16, 1901.

Suit was brought in the county court of Pike county, and appealed to the superior court, and thence transferred by an order of the superior court, on consent of the parties, to the city court of Barnesville, where it was tried.　The verdict was against the defendant, and he moved to arrest the judgment and to set aside the verdict and judgment, because, under the constitution and laws of the State, the city court has no appellate jurisdiction, and the superior court alone had jurisdiction to try the case.　He moved also for a new trial on this ground, among others.　To the overruling of these motions he excepted.　(For the act establishing the city court of Barnesville, see Acts 1899, pp. 332, 347, sec. 48.)

*W. W. Lambdin,* for plaintiff in error.

*Persons & Persons* and *J. J. Rogers,* contra.